IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANE ANDERSON, et al.,                              No. 3:20-cv-01194-AR

                Plaintiffs,                              ORDER

    v.

DAVIS WRIGHT TREMAINE LLP, et al.,

                Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Armistead issued two Findings and Recommendations on April 29,

2024, in which he recommends that the Court grant final approval of the class action settlement

between Plaintiffs and Defendant Davis Wright Tremaine LLP and that the Court enter a claims

bar order. F&R, ECF 204; F&R, ECF 205. The matter is now before the Court pursuant to 28

U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendations [ECF 204 and ECF 205] in full.

Accordingly, the Class is certified as a class action for purposes of the settlement with Davis Wright Tremaine LLP. The Class Representatives are appointed as class representatives for the Class and Larkins Vacura Kayser LLP and Esler, Stephens & Buckley, LLP are appointed as Class Counsel.

Class Representatives' Motion for Final Approval of Class Action Settlement [ECF 185], as supplemented [ECF 200], is GRANTED. The terms of the Settlement [ECF 90-1] are APPROVED. The distribution plan in the Settlement is APPROVED. The parties to the Settlement and the Claims Administrator shall perform their respective obligations under the Settlement and this Order.

Class Counsel's Motion for Attorney Fees [ECF 190], as supplemented [ECF 198], is GRANTED. Class Counsel is awarded total attorneys' fees of $919,250 and total costs of $55,899.84 out of the common fund. The Claims Administrator shall pay the awarded attorneys' fees and costs from the common fund as provided in the Settlement.

The Court reserves continuing and exclusive jurisdiction over the Settlement, including all future proceedings, if any, concerning the administration, consummation, and enforcement of the settlement.

All the claims and other requested relief against Davis Wright Tremaine LLP are dismissed with prejudice and without an award of costs or attorneys' fees, except as provided in the Settlement [ECF 90-1] and this Order.

Plaintiffs' Joint Motion for Entry of Claims Bar Order [ECF 193] is GRANTED.

IT IS SO ORDERED.


DATED: _____ July 14, 2024 _____.



_____
MARCO A. HERNÁNDEZ
United States District Judge